PROB 35  
(Rev. 4/81)

**Report and Order Terminating Probation/ Supervised Release Prior to Original Expiration Date**

RECEIVED  
WILLIAM T. WALSH, CLERK  
2005 MAY -9 P 1:18  
UNITED STATES  
DISTRICT COURT

# United States District Court
## For The
### District of New Jersey

UNITED STATES OF AMERICA

V.   Crim. No. <u>02-CR-54-01</u>

Yonathan Montoya-Sanchez

On 09/18/02, the above named was placed on supervised release for a period of 4 years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervised release supervision. It is accordingly recommended that the supervised releasee be discharged from supervised release.

Respectfully submitted,

*Dina M. Chirichella* (signature)

U.S. Probation Officer  
Dina M. Chirichella

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

Dated this ___9th___ Day of ___May___, __2005__.

_____  
United States District Judge